# United States Court of Appeals
## *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 12, 2023

William M. Paul
U.S. INTERNAL REVENUE SERVICE
Office of Chief Counsel
1111 Constitution Avenue, N.W.
Washington, DC  20224-0000

Francesca Ugolini
U.S. DEPARTMENT OF JUSTICE
Tax Division, Appellate Section
Suite 4633
Ben Franklin Station
P.O. Box 502
Washington, DC  20044

RE:  23-3063  Medtronic, Inc, etc. v. CIR

Dear Counsel:

The United States Tax Court has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The court has established a briefing schedule for the case, a copy of which will be forwarded under separate Notice of Docket Activity. Please review the schedule and note the key filing dates. You should also review the Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Preparation of the record is governed by Eighth Circuit Rule 30A.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. An appellant's failure to file a brief and appendix will result in the issuance of an order to show cause and may result in the dismissal of the appeal. An appellee's failure to file a brief will result in the issuance of an order barring the appellee from filing a brief. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of the Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

CAH

Enclosure(s)

cc: Thomas V. Linguanti
    Raj Madan
    Stephanie A. Servoss

    District Court/Agency Case Number(s): 6944-11

**Caption For Case Number: 23-3063**

Medtronic, Inc. & Consolidated Subsidiaries

       Appellee

v.

Commissioner of Internal Revenue

       Appellant

**Addresses For Case Participants:   23-3063**

William M. Paul
U.S. INTERNAL REVENUE SERVICE
Office of Chief Counsel
1111 Constitution Avenue, N.W.
Washington, DC  20224-0000

Francesca Ugolini
U.S. DEPARTMENT OF JUSTICE
Tax Division, Appellate Section
Suite 4633
Ben Franklin Station
P.O. Box 502
Washington, DC  20044

Thomas V. Linguanti
MORGAN & LEWIS
Suite 2800
110 N. Wacker Drive
Chicago, IL  60606

Raj Madan
SKADDEN & ARPS
Tenth Floor
1440 New York Avenue, N.W.
Washington, DC  20005-2111

Stephanie A. Servoss
U.S. TAX COURT
400 Second Street, N.W.
Washington, DC  20217-0000